No. 757. BONNER *v.* UNITED STATES;

No. 758. CUNNINGHAM *v.* SAME; and

No. 759. MORROW *v.* SAME. April 15, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. McAskill* for Bonner. *Mr. Augustus McCloskey* for Cunningham. *Mr. Harold J. Bandy* for Morrow. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 760. YOKOHAMA SPECIE BANK ET AL. *v.* MITSUI & Co., LTD. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Forrest E. Single* for petitioners. *Mr. Roscoe H. Hupper* for respondent.

No. 761. BRITISH EMPIRE STEAM NAVIGATION Co., LTD. *v.* ELTING, COLLECTOR OF CUSTOMS. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Delbert M. Tibbetts* and *Richard L. Sullivan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. M. Leo Looney, Jr.,* for respondent.

No. 764. SEVALD, ADMINISTRATRIX, *v.* UNITED STATES. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Dominic P. Sevald* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, John MacC. Hudson,* and *Randolph C. Shaw* for the United States.